ACCEPTED
12-14-00314-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/13/2015 4:52:05 PM
Pam Estes
CLERK

## NO. 12-14-00314-CR; 12-14-00315-CR; 12-14-00317-CR

| | | |
|---|---|---|
| DANIEL WAYNE MCLEMORE. **Appellant,** | §<br>§<br>§<br>§ | IN THE TWELFTH COURT OF |
| | | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS<br>11/13/2015 4:52:05 PM<br>PAM ESTES<br>Clerk |
| **VS.** | §<br>§<br>§ | APPEALS IN AND FOR |
| **THE STATE OF TEXAS,** **Appellee.** | §<br>§ | **THE STATE OF TEXAS** |

### _MOTION TO FILE LATE AMENDED APPELANT BRIEF_

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DANIEL WAYNE MCLEMORE, by and through his attorney, Wm. Brandon Baade, and makes this MOTION TO EXTEND TIME TO FILE AMENDED APPELANT BRIEF:

1. The deadline for filing the AMENDED APPELANT's Brief was October 30, 2015.

2. Facts relied on to reasonably explain the need for filing a late brief is the negotiation and preparation of the following cases:

   State of Texas v. Terry Moss Cause No. 22,426-2015 in the 402nd Judicial District Court in and for Wood County, Texas.

   State of Texas v. Jeremy Eason, Cause No. 21,483-2011 in the 402nd Judicial District Court in and for Wood County, Texas.

   First National Bank of Winnsboro v. Melanie Windham, et al, Cause No. 2010-377 in the 402nd Judicial District Court in and for Wood County, Texas.

   State of Texas v. Chadwick Marsh, Cause No. 22,660-2015 in the 402nd Judicial District Court in and for Wood County, Texas.

   State of Texas v. James Pierce Boyd, Cause No. 22,636-2015 in the 402nd Judicial District Court in and for Wood County, Texas.

   State of Texas v. Morris Gary, Cause No.22,695-2015 in the 402nd Judicial District Court in and for Wood County, Texas.

4.  APPELANT has been granted two (1) extension of time.


WHEREFORE, DANIEL WAYNE MCLEMORE, by his attorney, Wm. Brandon Baade, requests the court grant this Motion to File Late Brief on behalf of Appellant in this case.

RESPECTFULLY SUBMITTED,

Wm. Brandon Baade
522 N Broadway Ave
Tyler, TX 75702
Tel: (903) 526-5867
brandonbaadelaw@gmail.com


_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant


## CERTIFICATE OF CONFERENCE

I certify that I have contacted Tom Burton, Attorney for Appellee, in this case and he is in agreement with this motion.


_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF was served on all counsel of record by U.S. Mail on November 13, 2015.


_____
Wm. Brandon Baade

State Bar No. 00793189
Attorney for Appellant